UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                                        )<br>    Plaintiff,                               )<br>                                                        )<br>    v.                                            )<br>                                                        )<br>LONNIE IVORY PETERSON,       )<br>                                                        )<br>    Defendant.                           )<br>                                                        )<br>                                                        )<br>_____ ) | No. CR-08-00652-SBA<br><br>ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING DATE TO JUNE 16, 2009 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:    May 26, 2009<br>Time:   9:00 a.m.<br>Court:  Hon. Saundra Brown Armstrong |

The parties jointly requested that the hearing in this matter be continued from May 26, 2009 to June 16, 2009, and that time be excluded under the Speedy Trial Act between May 27, 2009 and June 16, 2009 to allow for the effective preparation of counsel, taking into account the exercise of due diligence, and continuity of defense counsel.  Defendant requested that the government deliver the cocaine base at issue in this case to Forensic Analytical Laboratories, Inc. for further testing.  The cocaine base was delivered to the laboratory on Monday, May 26, 2009.  Additionally, defense counsel is presently in trial before the Honorable D. Lowell Jensen (CR-07-00126), and expects to be in trial until mid-June.  The parties agree the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.  For these stated reasons, the Court finds that the ends of justice served by granting

STIP. REQ. TO CONTINUE HEARING DATE TO JUNE 16, 2009 AND TO EXCLUDE TIME
No. CR-08-00652-SBA

1  the continuance outweigh the best interests of the public and defendant in a speedy trial.  Good
2  cause appearing therefor, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv),
3      **IT IS HEREBY ORDERED** that the status hearing in this matter is continued from May
4  26, 2009 to June 16, 2009 at 9:00 a.m., and that time between May 27, 2009 and June 16, 2009 is
5  excluded under the Speedy Trial Act to allow for the effective preparation of counsel, taking into
6  account the exercise of due diligence, and continuity of defense counsel.

8  DATED:6/1/09                                           _____
                                                          HON. SAUNDRA BROWN ARMSTRONG
9                                                         United States District Judge

STIP. REQ. TO CONTINUE HEARING DATE TO JUNE 16, 2009 AND TO EXCLUDE TIME
No. CR-08-00652-SBA