UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-08-00652-SBA |
| Plaintiff, | ) ) | ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING |
| v. | ) ) | DATE TO SEPTEMBER 8, 2009 AND TO EXCLUDE TIME UNDER THE SPEEDY |
| LONNIE IVORY PETERSON, | ) ) | TRIAL ACT |
| Defendant. | ) ) ) ) ) | Date:     July 14, 2009<br>Time:    9:00 a.m.<br>Court:   Hon. Saundra Brown<br>              Armstrong |

The parties jointly requested that the hearing in this matter be continued from July 14, 2009 to September 8, 2009, and that time be excluded under the Speedy Trial Act between June 23, 2009 and September 8, 2009 to allow for the effective preparation of counsel, taking into account the exercise of due diligence, and continuity of defense counsel.

Defendant requested that the government deliver the cocaine base at issue in this case to Forensic Analytical Laboratories, Inc. for further testing. The cocaine base was delivered to the laboratory on Monday, May 26, 2009. Additionally, defense counsel just completed a three-week trial before the Honorable D. Lowell Jensen (CR-07-00126). Defendant intends now to file a motion to suppress evidence and needs time to research and prepare that motion. The parties, therefore, requested that the hearing in this matter be continued to September 8, 2009 at

11:00 a.m. for a hearing on defendant's motion to suppress, and that the briefing schedule be set as follows:  defendant will file his motion to suppress on August 4, 2009; the government will file its opposition on August 18, 2009, and defendant will file his reply brief on August 25, 2009.

The parties agree the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.  Therefore, the parties further stipulated and requested that the Court exclude time between the date of this stipulation and September 8, 2009 under the Speedy Trial Act for effective preparation of counsel, continuity of defense counsel, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).  Additionally, the parties stipulated and requested that the Court exclude time between August 4, 2009 (when defendant files his motion to suppress) and September 8, 2009 under the Speedy Trial Act for the time period between defendant's filing of a pretrial motion and the hearing on the same motion pursuant to 18 U.S.C. § 3161(h)(1)(D).  Good cause appearing therefor, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) and 3161(h)(1)(D),

**IT IS HEREBY ORDERED** that the status hearing in this matter is continued from July 14, 2009 to September 8, 2009 at 11:00 a.m., and that time between June 23, 2009 and September 8, 2009 is excluded under the Speedy Trial Act to allow for the effective preparation of counsel, taking into account the exercise of due diligence, continuity of defense counsel, and the time period between defendant's filing of a pretrial motion and the hearing on the same motion.

DATED:6/30/09

_____
HON. SAUNDRA BROWN ARMSTRONG
United States District Judge

STIP. REQ. TO CONTINUE HEARING DATE TO SEPTEMBER 8, 2009 AND TO EXCLUDE TIME
No. CR-08-00652-SBA