UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-08-00652-SBA | |
| Plaintiff, ) | ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING DATE TO OCTOBER 20, 2009 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT | |
| v. ) | | |
| LONNIE IVORY PETERSON, ) | | |
| Defendant. ) | Date: September 15, 2009<br>Time: 11:00 a.m.<br>Court: Hon. Saundra Brown Armstrong | |

The parties jointly requested that the hearing in this matter be continued from September 15, 2009 to October 20, 2009, and that time be excluded under the Speedy Trial Act between September 10, 2009 and October 20, 2009 to allow (1) for continuity of defense counsel and counsel for the government, and (2) for the time period between defendant's filing of a pretrial motion and the hearing on the same motion.

Neither defense counsel, nor counsel for the government is available for the hearing on September 15, 2009.  Additionally, defense counsel is in trial on another matter in state court and estimates that it will be completed by October 20, 2009.  The parties agree the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.  Therefore, the parties further stipulated and requested that the Court exclude time

STIP. REQ. TO CONTINUE HEARING DATE TO OCTOBER 20, 2009 AND TO EXCLUDE TIME
No. CR-08-00652-SBA

1  between the date of the stipulation and October 20, 2009 under the Speedy Trial Act for
2  continuity of defense counsel and counsel for the government pursuant to 18 U.S.C. §§
3  3161(h)(7)(A) and (B)(iv).  Additionally, the parties stipulated and requested that the Court
4  exclude time between the date of the stipulation and October 20, 2009 under the Speedy Trial
5  Act for the time period between defendant's filing of a pretrial motion and the hearing on the
6  same motion pursuant to 18 U.S.C. § 3161(h)(1)(D).  Good cause appearing therefor, and
7  pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) and 3161(h)(1)(D),

8  **IT IS HEREBY ORDERED** that the status hearing in this matter is continued from
9  September 15, 2009 to October 20, 2009 at 11:00 a.m., and that time between September 10,
10 2009 and October 20, 2009 is excluded under the Speedy Trial Act to allow for continuity of
11 defense counsel and counsel for the government, and the time period between defendant's filing
12 of a pretrial motion and the hearing on the same motion.

14 DATED:9/11/09

HON. SAUNDRA BROWN ARMSTRONG
United States District Judge

STIP. REQ. TO CONTINUE HEARING DATE TO OCTOBER 20, 2009 AND TO EXCLUDE TIME
No. CR-08-00652-SBA