UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-08-00652-SBA | |
| Plaintiff, ) | ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING DATE TO NOVEMBER 3, 2009 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT | |
| v. ) | | |
| LONNIE IVORY PETERSON, ) | | |
| Defendant. ) | Date: October 20, 2009<br>Time: 11:00 a.m.<br>Court: Hon. Saundra Brown Armstrong | |

The parties jointly requested that the hearing in this matter be continued from October 20, 2009 to November 3, 2009, and that time be excluded under the Speedy Trial Act between October 120, 2009 and November 3, 2009 to allow (1) for continuity of defense counsel, and (2) for the time period between defendant's filing of a pretrial motion and the hearing on the same motion.

Defense counsel is in trial on another matter in state court and previously estimated that it would be completed by October 20, 2009. It appears, however, that the trial will not be completed by that date, but defense counsel estimates that it will be completed by October 27, 2009. Defense counsel is not available on October 27, 2009, however, due to a preliminary hearing in state court on that date. The parties agree the ends of justice served by granting the

1  continuance outweigh the best interests of the public and defendant in a speedy trial.  Therefore,
2  the parties further stipulated and requested that the Court exclude time between the date of the
3  stipulation and November 3, 2009 under the Speedy Trial Act for continuity of defense counsel
4  pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).  Additionally, the parties stipulated and
5  requested that the Court exclude time between the date of the stipulation and November 3, 2009
6  under the Speedy Trial Act for the time period between defendant's filing of a pretrial motion
7  and the hearing on the same motion pursuant to 18 U.S.C. § 3161(h)(1)(D).  Good cause
8  appearing therefor, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) and 3161(h)(1)(D),

9  **IT IS HEREBY ORDERED** that the hearing in this matter is continued from October
10 20, 2009 to November 3, 2009 at 11:00 a.m., and that time between October 20, 2009 and
11 November 3, 2009 is excluded under the Speedy Trial Act to allow for continuity of defense
12 counsel, and the time period between defendant's filing of a pretrial motion and the hearing on
13 the same motion.

15 DATED: 10/16/09                                         _____
                                                          HON. SAUNDRA BROWN ARMSTRONG
16                                                        United States District Judge

STIP. REQ. TO CONTINUE HEARING DATE TO NOVEMBER 3, 2009 AND TO EXCLUDE TIME
No. CR-08-00652-SBA